1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARLOS URBINA,

            Plaintiff,

    v.

RALPH DIAZ,

            Defendant.

CASE NO. 1:13-cv-01865-LJO-MJS

FINDINGS AND RECOMMENDATION THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE

(ECF NO. 5)

FOURTEEN (14) DAY DEADLINE

      Plaintiff Carlos Urbina, a former state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 18, 2013.  (ECF No. 1.)  On November 25, 2013, the Court issued an order to Plaintiff to submit an in forma pauperis application or pay the filing fee, The Order was returned by the United States Postal Service as undeliverable on December 30, 2013.

      Pursuant to Local Rule 183(b), a party appearing in propria persona is required to keep the Court apprised of his or her current address at all times.  Local Rule 183(b) provides, in pertinent part:

> If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

In the instant case, more than sixty-three days have passed since Plaintiff's mail was returned, and he has not notified the Court of a current address.

1

1    "In determining whether to dismiss an action for lack of prosecution, the district

2    court is required to consider several factors: '(1) the public's interest in expeditious

3    resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice

4    to the defendants; (4) the public policy favoring disposition of cases on their merits and

5    (5) the availability of less drastic sanctions.'" Carey v. King, 856 F.2d 1439, 1440 (9th

6    Cir. 1988) (quoting Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986)).  These

7    factors guide a court in deciding what to do, and are not conditions that must be met in

8    order for a court to take action.  In re Phenylpropanolamine (PPA) Products Liability

9    Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006) (citation omitted).

10    In this instance, Local Rule 183(b) provides for the dismissal of an action based

11    on returned mail.  Given the Court's inability to communicate with Plaintiff, dismissal is

12    warranted as there are no other reasonable alternatives available.  Carey, 856 F.2d at

13    1441.

14    Accordingly, the Court HEREBY RECOMMENDS DISMISSAL of this action,

15    without prejudice, based on Plaintiff's failure to prosecute.  Local Rule 183(b).

16    These Findings and Recommendations will be submitted to the United States

17    District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. §

18    636(b)(1).   Within fourteen (14) days after being served with these Findings and

19    Recommendations, the parties may file written objections with the Court.  The document

20    should be captioned "Objections to Magistrate Judge's Findings and Recommendations."

21    The parties are advised that failure to file objections within the specified time may waive

22    the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir.

23    1991).

24

25    IT IS SO ORDERED.

26    Dated:   March 24, 2014          /s/ Michael J. Seng

27                                              UNITED STATES MAGISTRATE JUDGE

28
                                              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28